FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
3800 Howard Hughes Parkway, Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA ELSHEIMER,<br><br>              Plaintiff,<br><br>vs.<br><br>DEFENDANT GLENCOE MANAGEMENT, INC. D/B/A BURGER KING; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, INCLUSIVE,<br><br>              Defendants. | CASE NO.: 2:10-CV-01745-GMN-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record that this matter be dismissed with prejudice with each party to bear their own costs and attorney's fees.

GABROY LAW OFFICES

_/s/_

170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
Attorneys for Plaintiff

FISHER & PHILLIPS

_/s/_

3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Attorneys for Defendant

**IT IS SO ORDERED** this 25th day of April, 2011.

_/s/_

Gloria M. Navarro
United States District Judge